# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :          NO. 502
                                                :
ORDER ADOPTING NEW RULE 576.1       :          CRIMINAL PROCEDURAL RULES
AND AMENDING RULES 113, 114 AND     :
576  OF THE PENNSYLVANIA RULES      :          DOCKET
OF CRIMINAL PROCEDURE               :
                                                :


# ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of January, 2018, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 46 *Pa.B.* 1643 (April 2, 2016)*,* and a *Final Report* to be published with this Order**:**

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Criminal Procedure 576.1 is adopted and Pennsylvania Rules of Criminal Procedure 113, 114, and 576 are amended, in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective May 1, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.